
Case 5:26-cv-00887-JLS    Document 1    Filed 02/11/26    Page 1 of 9

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Vantage Logistics, LLC and Conagra Foods Packaged Foods, LLC

**DEFENDANTS**
New York Marine and General Insurance Company, et al.

**(b)** County of Residence of First Listed Plaintiff: Delaware Cty., Ohio
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: New York Cty., New York
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John C. Gentile, Benesch Friedlander Coplan & Aronoff, LLP, 1650 Market St., Phila., PA 19103, 302-442-7010, jgentile@beneschlaw.com, Atty. for Vantage Logistics;

Attorneys *(If Known)*
William F. Stewart, Stewart Smith, 300 Four Falls Corp. Ctr., Ste. 670, 300 Conshohocken State Rd., West Conshohocken, PA 19428, 484-344-5296.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [x] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [x] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332

Brief description of cause:
Declaratory Judgment Action

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: Feb 11, 2026

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM

Place of Accident, Incident, or Transaction:   Monroe County, Pennsylvania

---

***RELATED CASE IF ANY:***   Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit?   Yes ☐

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?   Yes ☐

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?   Yes ☐

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?   Yes ☐

5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation.   Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

*A.  Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. Cases Seeking Systemic Relief  *see certification below*
☐ 16. All Other Federal Question Cases. *(Please specify)*:_____

*B.  Diversity Jurisdiction Cases:*

☒ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)*:_____
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*_____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

[ X ]  Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

[   ]  None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANTAGE LOGISTICS, LLC., | : |
| and | : Civil Action No. |
| CONAGRA FOODS PACKAGED FOODS, LLC, | : |
| Plaintiffs, | : |
| v. | : |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, | : |
| and | : |
| GLADYS J. DESENA, Individually and as Administrix of the Estate of Bryan Franco, Deceased, | : |
| and | : |
| ELIZABETH HECK, Administrator of the Estate of Samantha Crich, Deceased, | : |
| and | : |
| PRESTON PERKINS, III, Administrator of the Estate of E.P., Deceased, | : |
| and | : |
| ISAI TRUCKING, LLC, | : |
| and | : |
| KASTRIOT ISAI, | : |
| and | : |
| MARK RIDEOUT, | : |

|  |  |
|---|---|
| and | : |
| UNITED STATES COLD STORAGE, INC., | : |
| and | : |
| UNITED STATES COLD STORAGE, LLC, | : |
| and | : |
| UNITED STATES COLD STORAGE, L.P., | : |
| Defendants. | : |

## NOTICE OF REMOVAL

Defendant, New York Marine and General Insurance Company ("New York Marine"), by and through its undersigned counsel, Stewart Smith, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby respectfully submits this Notice of Removal of this civil action from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania. The grounds for removal are as follows:

### FACTUAL BACKGROUND

1. On January 13, 2026, Plaintiffs Vantage Logistics, LLC ("Vantage") and ConAgra Foods Packaged Foods, LLC ("ConAgra") (collectively, "Plaintiffs") commenced this action by filing a Complaint for Declaratory Judgment in the Court Of Common Pleas Of Philadelphia County, captioned *Vantage Logistics, LLC et al. v. New York Marine And General Insurance Company, et al.*, Case ID: 260101624 (the "Complaint"). A copy of the Complaint is attached hereto as Exhibit A.

2

2. Plaintiffs purport to "bring this declaratory action to determine insurance coverage" under policies issued by New York Marine to Vantage in connection with three underlying actions involving a motor vehicle accident (the "Underlying Actions"). Complaint, p. 4, 8. The Complaint states that the Underlying Actions involve "multiple claims against [Vantage and ConAgra] … including but not limited to bodily injury, wrongful death, negligence, broker liability, negligent entrustment, vicarious liability, negligent selection, hiring, and retention stemming from the Accident." Complaint, ¶ 26.

3. The Complaint asserts causes of action against New York Marine for a "Declaratory Judgment and Breach of Contract Claim" (Count I) and "Bad Faith" (Count II). Plaintiffs ask the Court to declare that "1) Vantage is entitled to insurance coverage up to $2,000,000 under [the] Transit Liability Policy; up to $2,000,000 under the Business Owners Policy; and up to $5,000,000 per occurrence basis or $5,000,000 in the aggregate under the Umbrella Policy". Complaint, p. 17. ConAgra seeks the same or similar relief as a purported "additional insured". *Id.* Plaintiffs also purportedly seek unspecified compensatory and punitive damages against New York Marine under the "bad faith" claim. *Id.*

4. In addition to New York Marine, the Complaint names as "Defendants" the parties in the Underlying Actions.

5. Plaintiffs do not, however, seek any relief against any Defendant in this action other than New York Marine.

6. On January 21, 2026, by agreement, Plaintiffs served a copy of the Complaint and Notice to Defend on New York Marine.

## THE PARTIES ARE DIVERSE

7. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332. There is diversity of citizenship between Plaintiffs and New York Marine. The other

"Defendants" were "fraudulently joined" and/or are nominal parties.

8. Defendant New York Marine is a property and casualty insurance company organized in the State of New York with its principal place of business located in New Jersey.

9. Plaintiff Vantage pleads that it "is an Ohio limited liability company with its principal place of business at 730 Kintner Parkway, Sunbury, Ohio 43074." Complaint, ¶ 1. New York Marine's investigation has not revealed any member of Vantage that is a resident of New York or New Jersey, and other federal diversity-based litigation Vantage has not contested that it is a citizen of Ohio. Therefore, it is pleaded that Vantage is a citizen of Ohio.

10. Plaintiff ConAgra pleads that it "is a Delaware corporation with a principal place of business located a 222 W. Merchandise Mart Plaza, Suite 1300, Chicago Illinois 60654." Complaint, ¶ 2. ConAgra is, in fact, a Delaware limited liability company. The sole member of ConAgra is Conagra Foods Packaged Foods Holdings, Inc., a Delaware corporation with its corporate headquarters in Illinois.

11. The Complaint names as Defendants the Plaintiffs in the Underlying Action, namely: Gladys J. Desena, Elizabeth Heck and Preston Perkins, III (the "Underling Plaintiffs"). The Complaint also names as Defendants the Defendants in the Underlying Action, namely: Isai Trucking, LLC, Kastriot Isai, Mark Rideout, United States Cold Storage, Inc., United States Cold Storage, LC, and United States Cold Storage, LP (the "Underlying Defendants").

12. The Underlying Plaintiffs and Underlying Defendants are "fraudulently joined" and/or nominal parties to this insurance coverage action and, therefore, respective citizenship is disregarded for purposes of federal diversity jurisdiction. *See, e.g., Diaz v. Empire Fire & Marine Ins. Co.*, No. CV 24-1549, 2024 WL 3606345, *2-3 (E.D. Pa. July 31, 2024); *Yakitori Boy, Inc. v. Starr Indem. & Liab., Co.*, No. CV 18-4094, 2019 WL 199904, *4-5 (E.D. Pa. Jan. 14, 2019).

13. Accordingly, complete diversity exists.

4

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000, EXCLUSIVE OF INTEREST AND COSTS

14. Plaintiffs allege that they are entitled to $9 million (plus) under the policies referenced in the Complaint in connection with the wrongful death and other claims asserted in the Underlying Actions. Plaintiffs further seek "compensatory and punitive damages and attorneys' fees" under their "Bad Faith" claim. Complaint, p. 17-18.

15. Accordingly, the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## TIMELINESS OF REMOVAL

16. This Notice of Removal is timely in accordance with 28 U.S.C. § 1446(b)(1), because it is filed within thirty (30) days of New York Marine's receipt of the pleading.

17. This Notice of Removal is also timely in accordance with 28 U.S.C. § 1446(c), because it is filed less than one year after commencement of the action.

## VENUE

18. Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division embracing the place where the action is pending.

## PAPERS FROM REMOVED ACTION

19. As required by 28 U.S.C. § 1446(a), all process, pleadings, and orders served on or by New York Marine in the action are attached to this Notice of Removal as Exhibit A.

## NOTICE OF FILING NOTICE OF REMOVAL

20. As required by 28 U.S.C. § 1446(d) and to effect removal, New York Marine is filing a copy of this Notice of Removal with the Clerk of Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania.

**WHEREFORE**, based upon the foregoing, the requirements of 28 U.S.C. §§ 1332, 1441, and 1446 have been satisfied and the within matter is properly removable. New York Marine,

therefore, respectfully request that this Court accept and take jurisdiction of this action. This Notice of Removal is filed subject to and with full reservation of rights, including any and all defenses and objections. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

                Respectfully submitted,

                **STEWART SMITH**

By:   */s/ William F. Stewart*
       William F. Stewart
       Attorney ID #59167
       300 Four Falls Corporate Center
       300 Conshohocken State Road, Suite 670
       West Conshohocken, PA 19428
       Main: (484) 534-8300
       Fax: (484) 534-9470
       wstewart@stewartsmithlaw.com
       *Attorneys for Defendant, New York Marine and General Insurance Company*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VANTAGE LOGISTICS, LLC, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, et al., | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, William F. Stewart, Esquire, hereby certify that on the 11th day of February, 2026, I caused the foregoing Notice of Removal (and supporting papers) to be filed electronically with the Court and that notice of the filing, and a true and correct copy of the filing, was made available for viewing and download via this Court's CM/ECF system.

                                                */s/ William F. Stewart*
                                                William F. Stewart, Esquire
                                                *Attorneys for Defendant,*
                                                *New York Marine and General*
                                                *Insurance Company*