APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Vantage Logistics, LLC, et al.

V.

New York Marine and General
Insurance Company, et al.

Civil Action
No: 2:26-cv-00887

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, New York Marine and General Ins. Co., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

New York Marine and General Insurance Company is a wholly owned subsidiary of Coaction Specialty Insurance Group, Inc. Coaction Specialty Insurance Group Inc. is a wholly owned subsidiary of Coaction Global, Inc.

February 11, 2026
Date

*[Signature]*
Signature

Counsel for: New York Marine and General Insurance Company

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
    (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
    (2) states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
    (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
    (2) promptly file a supplemental statement if any required information changes.